Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

ANNA MATTHEWS and
HUGH MATTHEWS

    Plaintiffs,

vs.

PFIZER, INC; JOHN DOE ONE;
And JOHN DOE TWO

    Defendants.

Case No. 3:06-cv-02957-CRB

MDL NO. 1699
District Judge: Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs, ANNA MATTHEWS and HUGH MATTHEWS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 11-9, 2009       BUBALO HIESTAND & ROTMAN, PLC

By: /s/ Leslie M. Cronen
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: February 3, 2010    DLA PIPER LLP (US)

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 16 2010

Hon. Charles R. Breyer
United States District Court

-2-